# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

ROBERT SIMPSON, JR.,

                         Plaintiff,                      22 **CIVIL** 10606 (SLC)

       -against-                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY OF THE
UNITED STATES,

                      Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated March 26, 2024, Mr. Simpson's Motion is DENIED and the Commissioner's Motion is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York
          March 27, 2024

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                         **BY:**

                                                      **Deputy Clerk**